IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22MC168

S‌ULZER MIXPAC AG,

  Plaintiff,

v.

D‌ENTSPLY SIRONA,

  Defendant.

<u>ORDER</u>

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Kandis Chere Gibson (Doc. No. 12).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Gibson is admitted to appear before this court *pro hac vice* on behalf of Dentsply Sirona.

**IT IS SO ORDERED**.

Signed: February 9, 2023

Graham C. Mullen
United States District Judge