IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-MC-00168-GCM

| | |
|---|---|
| SULZER MIXPAC AG,<br><br>Plaintiff,<br><br>v.<br><br>DENTSPLY SIRONA,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Joseph Arand (Doc. No. 17).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Arand is admitted to appear before this court *pro hac vice* on behalf of Sulzer Mixpac AG.

**IT IS SO ORDERED**.

Signed: February 13, 2023

Graham C. Mullen
United States District Judge