UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-mc-00168-GCM

| | |
|---|---|
| SULZER MIXPAC AG, | ) |
| Petitioner, | ) |
| v. | ) **Order** |
| DENTSPLY SIRONA, | ) |
| Respondent. | ) |

**THIS MATTER** comes before the Court on Petitioner Sulzer Mixpac AG's Motions to Compel and Respondent Dentsply Sirona's Motion to Quash. (ECF Nos. 1, 3, & 25).

For the reasons stated in open court at the hearing on March 20, 2023, **IT IS THEREFORE ORDERED** that Sulzer Mixpac AG's Motions to Compel (ECF Nos. 1 & 25) and Respondent Dentsply Sirona's Motion to Quash (ECF No. 3) are **DENIED**. The Parties are directed to further meet and confer on the subpoena requests and narrow the scope of this dispute.

**SO ORDERED.**

Graham C. Mullen
United States District Judge